**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| SAMUEL WINEGARDNER DAHLKE AND LISA SONG DAHLKE | |
| | Case No. 10-19492-RGM |
| Debtors | |

**MOTION TO DISMISS,
NOTICE OF MOTION TO DISMISS
AND
NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Violation of 11 U.S.C. §1307 (c)(8)** - Conditions occurring subsequent to the confirmation of the Plan making performance of the Plan impossible. The confirmed Plan of this proceeding proposes the voidance of the 2nd deed of trust held by the creditor OneWest Bank, and as of this date no Adversary Proceeding has been filed to avoid the lien.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an

**Notice and Motion to Dismiss**
Samuel Winegardner Dahlke and Lisa Song Dahlke, Case #10-19492-RGM

order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing.  You must mail a copy to the persons listed below.

***Attend the hearing to be held onJuly 13, 2011 at 9:30 a.m. in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste. 400
>Alexandria, VA 22314

>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __May 26, 2011____              ___/s/ Thomas P. Gorman____
                                       Thomas P. Gorman
                                       Chapter 13 Trustee
                                       300 N. Washington Street, #400
                                       Alexandria, VA 22314
                                       (703) 836-2226
                                       VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 26th day of May, 2011, mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Samuel Winegardner Dahlke | Martin C. Conway |
| Lisa Song Dahlke | Attorney for Debtor |
| Chapter 13 Debtors | Pesner Kawamoto Conway |
| 54 Kincaid Lane | 7926 Jones Branch Drive, Ste. 930 |
| Stafford, VA 22556 | Mclean, VA 22102-3303 |

                    __/s/ Thomas P. Gorman_____
                    Thomas P. Gorman